**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD SANTOS, | 3:23-cv-00281-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 26 |
| KENNETH ANNIKOS, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Notice to the Court (Additional Addresses) to Serve Defendant Halki. (ECF No. 26.)

On December 29, 2023, Defendants filed a Notice of Acceptance of Service which stated that the Office of the Attorney General would not accept service on behalf of Dr. John Halki and his last known addresses would be filed under seal. (ECF No. 18 at 2.)

On January 8, 2024, the U.S. Marshal Service returned the summons and USM-285 form for Defendant Dr. John Halki as unexecuted with the notation "unable to locate." (ECF No. 25 at 2.)

It has come to the court's attention that Defendant Dr. John Halki is a named Defendant in a lawsuit (*Fowler v. Rivas, et al.,* 3:23-cv-00314-CLB) for whom the Office of the Attorney General accepted service on December 11, 2023.

Based on the above, the Office of the Attorney General shall **within fourteen (14) days** from the date of this order advise if the Office can accept service for Defendant Dr. John Halki.

**IT IS SO ORDERED.**

DATED: January 16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1