# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS,<br><br>             Plaintiff,<br><br>    v.<br><br>KENNETH ANNIKOS, *et al.*,<br><br>             Defendants. | 3:23-cv-00281-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 31 |

Before the court is Plaintiff's Notice to the Court Regarding Service Attempt on Defendants Jeremy Taffelmeyer and Zachary Mahan. (ECF No. 31.) Plaintiff claims that Defendants Taffelmeyer and Mahan are currently employed at the Plumas County Sheriff's Office in Quincy, California. Plaintiff requests the court contact the Plumas County Sheriff's Office to confirm that Defendants are employees and have the U.S. Marshal Service attempt service again at that location.

The court's docket reflects that on January 19, 2024, the USM-285 forms were returned unexecuted by the U.S. Marshal Service for Defendants Taffelmeyer and Mahan as they apparently no longer reside at the addresses provided by the Attorney General's Office (under seal). (ECF Nos. 28, 29.)

Plaintiff is advised that the mission of the U.S. Marshal does not extend to locating addresses of Defendants in civil actions for IFP Plaintiffs. Instead, it is the Plaintiff's ultimate responsibility to do so. Additionally, the Attorney General's Office is a taxpayer funded organization and their resources are not endless. However, the court will instruct the Office of the Attorney General to advise the court whether it is able to find alternative physical addresses for Defendants Taffelmeyer and Mahan.

/ / /

**IT IS HEREBY ORDERED** that the Office of the Attorney General shall advise the court within **fifteen (15) days** from the date of this order whether it is able to find alternative physical addresses for Defendants Jeremy Taffelmeyer and Zachary Mahan. If more current addresses are secured for these Defendants, the court will direct the U.S. Marshal to again attempt to effect service.

DATED: January 26, 2024.

_____
UNITED STATES MAGISTRATE JUDGE