UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS,<br><br>                    Plaintiff,<br><br>  v.<br><br>KENNETH ANNIKOS, *et al.*,<br><br>                    Defendants. | Case No. 3:23-cv-00281-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order of January 26, 2024 (ECF No. 32), the Office of the Attorney General has filed (under seal) alternative physical addresses for Defendants Jeremy Taffelmeyer and Zachary Mahan. (ECF No. 37.)

The Clerk shall ISSUE summonses for **Jeremy Taffelmeyer** and **Zachary Mahan** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 37.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 7), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on Defendants Jeremy Taffelmeyer and Zachary Mahan. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **March 7, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: February 7, 2024.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE