# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS,<br><br>                            Plaintiff,<br><br>  v.<br><br>KENNETH ANNIKOS, *et al.*,<br><br>                          Defendants. | Case No. 3:23-cv-00281-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 151 |

Before the court is Plaintiff's Motion for Second Settlement Conference. (ECF No. 151.) Defendants have responded with Non-Oppositions to Plaintiff's Motion. (ECF Nos. 155, 157.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Second Settlement Conference (ECF No. 151) is **GRANTED**. The Courtroom Administrator shall schedule a video settlement conference as soon as the court's calendar will accommodate it.

DATED: May 2, 2025.

_____
Craig S. Denney
United States Magistrate Judge