1  AARON D. FORD
     Attorney General
2  KYLE L. HILL, (Bar No.16094)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Ste. 100
   Las Vegas, Nevada 89119
5  (702) 486-0429 (phone)
   (702) 486-3768 (fax)
6  Email: khill@ag.nv.gov

7  *Attorneys for Defendants, Lorenzo Villegas,
   Jospeh Benson, Gaylene Fukagawa, John
8  Keast, Jeremy Tafelmeyer, Zachary Mahon,
   Megan Penneau, and Michael Minev*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RONALD SANTOS, | Case No. 3:23-cv-00281-MMD-CSD |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| KENNETH ANNIKOS, *et al.*, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Santos, and Defendants, Lorenzo Villegas, Jospeh Benson, Gaylene Fukagawa, John Keast, Jeremy Tafelmeyer, Zachary Mahon, Megan Penneau, and Michael Minev, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, and John Halki, by and through counsel John Regalia, hereby under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

By: /s/ Ronald R. Santos
RONALD SANTOS
Plaintiff

Dated this 23rd day of June, 2025

By: /s/ Kyle L. Hill
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General

*Attorneys for Defendants Lorenzo Villegas, Joseph Benson, Gaylene Fukagawa, John Keast, Jeremy Tafelmeyer, Zachary Mahon, Megan Penneau, and Michael Minev*

DATED this 11th day of June, 2025

By: /s/
JOHN REGALIA (Bar No. 11474)
Lewis Brisbois  Yilmaz E. Turker #15468
*Attorney for Defendants John Halki*

DATED this 26 day of June, 2025

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED September 22, 2025.

UNITED STATES DISTRICT JUDGE

Page 2